# United States Bankruptcy Court
## District of Colorado

In re   **CEC Development Borrower, LLC**
Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CEC Development Borrower, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CEC Renewable Assets Development, LLC**
**363 Centennial Parkway, #300**
**Louisville, CO 80027**

☐ None [*Check if applicable*]

**July  2, 2020**
Date

**/s/ David V. Wadsworth**
**David V. Wadsworth 32066**
Signature of Attorney or Litigant
Counsel for   **CEC Development Borrower, LLC**
**Wadsworth Garber Warner Conrardy, P.C.**
**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
**303-296-1999 Fax:303-296-7600**
**dwadsworth@wgwc-law.com**