**DEBTOR(S):** CEC Development Borrower, LLC;  **MONTHLY OPERATING REPORT**
CEC Renewable Assets, LLC;
CEC Renewable Assets Dev, LLC  CHAPTER 11
**CASE NUMBER:** 20-14573 MER (Jointly Administered)
20-14574 MER
20-14575 MER  **Form 2-A**
**COVER SHEET**

For Period End Date: __7/30/2020__

**Accounting Method:** ☐ Accrual Basis  ☒ Cash Basis

---

### THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| ☐ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |
| ☐ | | 9. Evidence of insurance for all policies renewed or replaced during month |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 10/22/2020  **Print Name:** Thomas Jannsen

**Signature:** *Thomas M Jannsen*

**Title:** C.E.O.

Rev. 01/01/2018

**DEBTOR(S)** CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC          **CASE NO:**          20-14573 MER

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:     7/2/2020 to     7/30/2020

**CASH FLOW SUMMARY**

|  | | Current Month | | Accumulated |
|---|---|---|---|---|
| **1. Beginning Cash Balance** | $ | 1,195 (1) | $ | 1,195 (1) |
| 2. Cash Receipts | | | | |
| Operations | | 0 | | 0 |
| Sale of Assets | | 0 | | 0 |
| Loans/advances | | 550,893 | | 550,893 |
| Other | | 0 | | 0 |
| Total Cash Receipts | $ | 550,893 | $ | 550,893 |
| 3. Cash Disbursements | | | | |
| Operations | | 387,597 | | 387,597 |
| Debt Service/Secured loan payment | | 0 | | 0 |
| Professional fees/U.S. Trustee fees | | 0 | | 0 |
| Professional fees paid from retainer (e.g. COLTAF accts) | | 0 | | 0 |
| Other | | 0 | | 0 |
| Total Cash Disbursements | $ | 387,597 | $ | 387,597 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | 163,296 | | 163,296 |
| **5 Ending Cash Balance (to Form 2-C)** | $ | 164,491 (2) | $ | 164,491 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $          0 |
| DIP Operating Account | ANB Bank #7797 | 13,311 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | ANB Bank #4825, #3465 | 1,280 |
| Retainers held by professionals (i.e. COLTAF) | WGWC, PC COLTAF ACCOUNT | 150,000 |
| TOTAL (must agree with Ending Cash Balance above) | | $    164,591 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Rev. 01/01/2018

| DEBTOR(S): | CEC DB, LLC; CEC RA, LLC, CEC RAD, LLC | CASE NO: | 20-14573 MER |
|---|---|---|---|

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  7/2/2020  to  7/30/2020

**CASH RECEIPTS DETAIL**                    **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | | Amount |
|---|---|---|---|---|
| 7/15/2020 | Brevet | DIP Loan Draw | $ | 394,547 |
| 7/21/2020 | Brevet | DIP Loan Draw | | 145,938 |
| 7/28/2020 | Brevet | DIP Loan Draw | | 10,408 |

|  |  |  |
|---|---|---|
| **Total Cash Receipts** | $ | 550,893 (1) |

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*     Rev. 01/01/2018

**DEBTOR(S):** CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC          **CASE NO:** 20-14573 MER

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:   7/2/2020   to   7/30/2020

**CASH DISBURSEMENTS DETAIL**          **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 7/15/2020 | Transfer | CEC | Administrative Services | $ 145,285 |
| 7/15/2020 | ACH | Emera Maine | Project Expenses | 6,000 |
| 7/16/2020 | Transfer | CEC | Administrative Services | 56,813 |
| 7/15/2020 | Transfer | Gertrude M Avant Irr Trust | Project Expenses | 2,000 |
| 7/14/2020 | #4825 - 1029 | National Grid | Project Expenses | 17,730 |
| 7/29/2020 | Transfer | CEC | Administrative Services | 149,824 |
| 7/16/2020 | Transfer | Reed & Miller | Project Expenses | 6,930 |
| 7/16/2020 | Transfer | Emera Maine | Project Expenses | 3,000 |
| 7/15/2020 | DM | ANB Bank | Bank Fee | 15 |

**Total Cash Disbursements**          $     387,597 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*          Rev. 01/01/2018

| DEBTOR(S): | CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC | CASE NO: | 20-14573 MER |
|---|---|---|---|

**Form 2-C**
## COMPARATIVE BALANCE SHEET
**For Period Ended:** 7/30/2020

|  | Current Month | | Petition Date (1) | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 163,591 | $ | 1,295 |
| Accounts Receivable (from Form 2-E) | | 0 | | 0 |
| Receivable from Officers, Employees, Affiliates | | 0 | | 0 |
| Inventory | | 0 | | 0 |
| Other Current Assets :(List)   Project Companies | | 8,000,000 | | 8,000,000 |
| | | 0 | | 0 |
| Total Current Assets | $ | 8,163,591 | $ | 8,001,295 |
| Fixed Assets: | | | | |
| Land | $ | 0 | $ | 0 |
| Building | | 0 | | 0 |
| Equipment, Furniture and Fixtures | | 0 | | 0 |
| Total Fixed Assets | | 0 | | 0 |
| Less:  Accumulated Depreciation | ( | 0 ) | ( | 0 ) |
| Net Fixed Assets | $ | 0 | $ | 0 |
| Other Assets (List): | | 0 | | 0 |
| | | 0 | | 0 |
| **TOTAL ASSETS** | $ | 8,163,591 | $ | 8,001,295 |
| **LIABILITIES** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 0 | $ | 0 |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 64,133 | | 0 |
| Post-petition Taxes Payable (from Form 2-E) | | 0 | | 0 |
| Post-petition Notes Payable | | 850,893 | | 0 |
| Other Post-petition Payable(List): | | 0 | | 0 |
| | | 0 | | 0 |
| Total Post Petition Liabilities | $ | 915,026 | $ | 0 |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 37,371,912 | | 37,371,912 |
| Priority Debt | | 0 | | 0 |
| Unsecured Debt | | 0 | | 0 |
| Total Pre Petition Liabilities | $ | 37,371,912 | $ | 37,371,912 |
| **TOTAL LIABILITIES** | $ | 38,286,938 | $ | 37,371,912 |
| **OWNERS' EQUITY** | | | | |
| Owner's/Stockholder's Equity | $ | -30,123,347 | $ | -29,370,617 |
| Retained Earnings - Prepetition | | 0 | | 0 |
| Retained Earnings - Post-petition | | 0 | | 0 |
| **TOTAL OWNERS' EQUITY** | $ | -30,123,347 | $ | -29,370,617 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 8,163,591 | $ | 8,001,295 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*

Rev. 01/01/2018

**DEBTOR(S):**   CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC          **CASE NO:**   20-14573 MER

## Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period   7/2/2020  to   7/30/2020

| | | Current Month | | Accumulated Total (1) |
|---|---|---|---|---|
| Gross Operating Revenue | $ | 0 | $ | 0 |
| Less:  Discounts, Returns and Allowances | ( | 0 ) | ( | 0 ) |
| **Net Operating Revenue** | $ | 0 | $ | 0 |
| Cost of Goods Sold | | 0 | | 0 |
| **Gross Profit** | $ | 0 | $ | 0 |
| Operating Expenses | | | | |
| Officer Compensation | $ | 0 | $ | 0 |
| Selling, General and Administrative | | 0 | | 0 |
| Rents and Leases | | 0 | | 0 |
| Depreciation, Depletion and Amortization | | 0 | | 0 |
| Other (list):   Admin Svcs & Bank Fees | | 351,937 | | 351,937 |
| Project Expenses | | 35,660 | | 35,660 |
| Total Operating Expenses | $ | 387,597 | $ | 387,597 |
| **Operating Income (Loss)** | $ | -387,597 | $ | -387,597 |
| Non-Operating Income and Expenses | | | | |
| Other Non-Operating Expenses | $ | 0 | $ | 0 |
| Gains (Losses) on Sale of Assets | | 0 | | 0 |
| Interest Income | | 0 | | 0 |
| Interest Expense | | 0 | | 0 |
| Other Non-Operating Income | | 0 | | 0 |
| Net Non-Operating Income or (Expenses) | $ | 0 | $ | 0 |
| Reorganization Expenses | | | | |
| Legal and Professional Fees | $ | 64,133 | $ | 64,133 |
| Other Reorganization Expense | | 300,000 | | 300,000 |
| Total Reorganization Expenses | $ | 364,133 | $ | 364,133 |
| **Net Income (Loss) Before Income Taxes** | $ | -751,730 | $ | -751,730 |
| Federal and State Income Tax Expense (Benefit) | | 0 | | 0 |
| **NET INCOME (LOSS)** | $ | -751,730 | $ | -751,730 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Rev. 01/01/2018

**DEBTOR(S):**         CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC         **CASE NO:** 20-14573 MER

**Form 2-E (Page 1 of 2)**
**SUPPORTING SCHEDULES**
**For Period:**         7/2/2020         to         7/30/2020

| | Summary of Post-Petition Taxes | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other: | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | | | | |
| Other: | | | | |
| | | | Total unpaid post-petition taxes | |

*(1)  For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation | | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | | | | |
| Vehicle | | | | |
| Other (list): | | | | |
| Other (list): | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance* | | | | |

Page 1 of 2
Rev. 01/01/2018

**DEBTOR(S):** CEC DB, LLC; CEC RA, LLC; CEC RAD, LL        **CASE NO:** 20-14573 MER

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
**For Period:**        7/2/2020 0:00        to        7/30/2020 0:00

### Accounts Receivable Aging Summary (attach detailed aging report)

|                          | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|--------------------------|-----------------|---------------|---------------|--------------|--------------------|
| Pre-petition receivables |                 |               |               |              |                    |
| Post-petition receivables|                 |               |               |              |                    |
| Total                    |                 |               |               |              |                    |

### Post-Petition Accounts Payable Aging Summary (attach detailed aging report)

|                | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|----------------|-----------------|---------------|---------------|--------------|--------------------|
| Trade Payables |                 |               |               |              |                    |
| Other Payables |                 |               |               |              |                    |
| Total          |                 |               |               |              |                    |

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

|                                          | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
|------------------------------------------|----------------------------|-------------------------|-----------------------|---------------------|-------------------------|
| Debtor's Counsel                         | $150,000                   | $64,133                 |                       |                     | $64,133                 |
| Counsel for Unsecured Creditors' Committee |                          |                         |                       |                     |                         |
| Trustee's Counsel                        |                            |                         |                       |                     |                         |
| Accountant                               |                            |                         |                       |                     |                         |
| Other:                                   |                            |                         |                       |                     |                         |
| Total                                    | $150,000                   | $64,133                 |                       |                     | $64,133                 |

*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|------------|----------|-------------------|--------|
|            |          |                   | $      |
|            |          |                   |        |
|            |          |                   |        |
|            |          |                   |        |
|            |          |                   |        |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

**DEBTOR(S):** CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC     **CASE NO:** 20-14573 MER

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: 7/30/2020

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ 0 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 0 | $ | | |
| April | | $ 0 | | | |
| May | | 0 | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0 | $ | | |
| July | 2020 | $ 387,597 | See narrative | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 387,597 | $ | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2018)
*Subject to changes that may occur in 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999...................... | $325 | $225,000 to $299,999.................. | $1,950 |
| $15,000 to $74,999.............. | $650 | $300,000 to $999,999.................. | $4,875 |
| $75,000 to $149,999............. | $975 | $1,000,000 or more***................. | 1% of quarterly |
| $150,000 to $224,999......... | $1,625 | | disbursements or |
| | | | $250,000, whichever is |
| | | | less (subject to change |
| | | | after 9/30/2018)*** |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\** Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

\*** For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to
   https://www.justice.gov/ust/chapter-11-quarterly-fees

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Rev. 01/01/2018

**DEBTOR(S)** CEC DB, LLC; CEC RA, LLC; CEC RAD, LLC          **CASE NO:** 20-14573 MER _____

Form 2-G
## NARRATIVE
For Period Ending: 7/30/2020 _____

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred susequent to the report date.**

CEC Development Borrower, LLC (Case No. 20-14573 MER), CEC Renewable Assets, LLC (Case No. 20-14574 MER), and CEC Renewable Assets Developmetn, LLC (Case No. 20-14575 MER) filed pre-packaged chapter 11 bankruptcy cases on July 2, 2020. The cases were jointly administered. The Bankruptcy Court confirmed the Debtors' joint pre-packaged plan of liquidation on July 30, 2020. Pursuant to the terms of the confirmed plan, the three entities were substantively consolidated upon confirmation. A copy of this report is filed in each of the three cases. The disbursement total of $387,597 set forth in this report includes $364,867 disbursed by CEC DB and $22,730 disbursed by CEC RAD (as evidenced by the bank statements attached hereto). CEC RA had no financial activity prior to or after confirmation. CEC RAD transferred the $300.00 remaining in its account to CEC DB and had no other financial activity after confirmation. CEC DB disbursed an additional $10,372,724 after confirmation during the remainder of the third quarter. Accordingly, the quarterly fees for the three entities are as follows: (1) CEC: 1% of $10,737,591 in disbursements = $107,375.91; (2) CEC RA: no activity = $325.00; (2) CEC RAD: $23,030 disbursements = $650.00.

Rev. 01/01/2018

**ANB Bank**®

P.O. Box 9250 | Colorado Springs, CO 80932

*Statement Ending 07/31/2020*

*CEC Development Borrower LLC*                     *Page 1 of 4*
*Account Number:XXXXXXXX7797*

**RETURN SERVICE REQUESTED**

CEC DEVELOPMENT BORROWER LLC
CONTROLLED ACCOUNT
361 CENTENNIAL PKWY STE 300
LOUISVILLE CO 80027-1288

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Downtown Denver Banking Center |
| ✉ | Address | 444 17th Street Denver, CO. 80202 |
| 📱 | Phone | 303-394-5100 |
| 👤 | Customer Care | 1-866-433-0282 |
| 💻 | Online Banking | ANBbank.com |



# Create a competitive advantage.

*Grow your revenue by expanding your payment possibilities with Merchant Services to help you compete in today's business environment.*

Contact our Treasury Management Specialists today and let us customize the right financial solutions for your business.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXXXX7797 | $11,590.00 |

## Business Analysis-XXXXXXXX7797

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/13/2020 | **Beginning Balance** | **$0.00** |
| | 4 Credit(s) This Period | $853,032.49 |
| | 23 Debit(s) This Period | $841,442.49 |
| 07/31/2020 | **Ending Balance** | **$11,590.00** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/15/2020 | Wire In 41086207 BREVET DIRECT LENDING SHORT DURATIO | $694,547.03 |
| 07/21/2020 | Wire In 41200313 BREVET DIRECT LENDING SHORT DURATIO | $145,937.91 |
| 07/28/2020 | Wire In 41348530 BREVET DIRECT LENDING SHORT DURATIO | $10,408.49 |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/20/2020 | Adjust transfers to actual spending of draw 1 | $2,139.06 |



Member
FDIC

*Thank you for choosing ANB Bank as your source for banking!*          **ANBbank.com**

Case:20-14573-MER   Doc#:85   Filed:10/23/20   Entered:10/23/20 08:53:49   Page12 of 22

# Business Analysis-XXXXXXXX7797 (continued)

## Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 07/15/2020 | ACH Single Payment Tracking ID 3137625 | $3,000.00 |
| 07/15/2020 | ACH Single Payment Tracking ID 3137629 | $3,000.00 |
| 07/15/2020 | 401k draw for payroll | $7,899.68 |
| 07/15/2020 | Paycom draw for payroll processing | $139,524.43 |
| 07/16/2020 | Postage software development | $696.84 |
| 07/16/2020 | Internet Domain paid costs | $919.69 |
| 07/16/2020 | Infinisource benefits drawn on account | $1,471.84 |
| 07/16/2020 | Swansea MA 1 land option extension | $2,000.00 |
| 07/16/2020 | Lincoln ME 2 SISA | $3,000.00 |
| 07/16/2020 | Checks written for benefits and expense reimb | $3,933.89 |
| 07/16/2020 | Njevity software fee | $5,214.50 |
| 07/16/2020 | Reed and Miller contractor payments | $6,930.00 |
| 07/16/2020 | Smartsheet willis infinisource achs | $8,331.72 |
| 07/16/2020 | July rent for office | $9,905.70 |
| 07/16/2020 | Orange MA 1 Utility Study | $17,730.00 |
| 07/16/2020 | Cigna invoice for July 20 | $26,313.68 |
| 07/16/2020 | ACH Single Payment Tracking ID 3138808 | $300,000.00 |
| 07/20/2020 | Adjustment of transfer to actual draw spend | $25.00 |
| 07/27/2020 | Transfer for payroll | $149,824.11 |
| 07/29/2020 | Office expenses and postage on Draw 2 | $165.75 |
| 07/29/2020 | Reimb Infinisource expenses in Draw 2 | $812.71 |
| 07/30/2020 | Reimburse for approved Level 3 bill | $742.95 |

## Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 07/16/2020 | Wire Out 61869 WGWC, P.C. Trust Account | $150,000.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 07/15/2020 | $541,122.92 | 07/21/2020 | $152,727.03 | 07/29/2020 | $12,332.95 |
| 07/16/2020 | $4,675.06 | 07/27/2020 | $2,902.92 | 07/30/2020 | $11,590.00 |
| 07/20/2020 | $6,789.12 | 07/28/2020 | $13,311.41 | | |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|:-------:|:-------:|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on Bank Statement $ _____

Add Deposits $ _____

_____

_____

**Sub Total** $ _____

Balance Shown in Your Check Book $ _____

Add Any Deposits and/or Transfers Not Already Entered in Your Check Book $ _____

_____

_____

**BEFORE YOU START -**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECK BOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF THE STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

SUBTRACT CHECKS ISSUED BUT NOT ON STATEMENT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total ... $ _____ |  |
|  |  | Total ... $ _____ |  |

**Sub Total** $ _____

Subtract Service Charges, Other Bank Charges, and Any Automatic Payments Not in Check Book $ _____

_____

_____

_____

Total ... $ _____

Total ... $ _____

PERSONAL AND RESERVE LINE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FOUND A MISTAKE ON YOUR LOAN STATEMENT

If you think there is an error on your statement, write to us at: ANB Bank, 1130 N. Circle Drive, Colorado Springs, CO 80909. In your letter give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-866-433-0282 or write us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transaction involved a point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This does not apply to custodial / trust accounts such as Health Savings Accounts.

### ID THEFT AND INTERNET FRAUD

Relative to the potential of someone stealing your identity, please be advised that the Bank will never initiate a request for confidential information through e-mail and / or phone. Please report any such request to the Bank immediately. For further information, go to www.ftc.gov and select the Consumer section.

### FAIR AND ACCURATE CREDIT TRANSACTIONS ACT DISCLOSURE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Case:20-14573-MER   Doc#:85   Filed:10/23/20   Entered:10/23/20 08:53:49   Page14 of 22

THIS PAGE INTENTIONALLY LEFT BLANK

**ANB Bank** ®

*Statement Ending 07/31/2020*

P.O. Box 9250 | Colorado Springs, CO 80932

*CEC Development Borrower LLC*                    *Page 1 of 4*
*Account Number:XXXXXXXX3465*

**RETURN SERVICE REQUESTED**

CEC DEVELOPMENT BORROWER LLC
363 CENTENNIAL PKWY STE 300
LOUISVILLE CO 80027-1731

### Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Branch | Downtown Denver Banking Center |
| ✉ | Address | 444 17th Street Denver, CO. 80202 |
| 📱 | Phone | 303-394-5100 |
| 📱 | Customer Care | 1-866-433-0282 |
| 🖥 | Online Banking | ANBbank.com |



# Create a competitive advantage.

*Grow your revenue by expanding your payment possibilities with Merchant Services to help you compete in today's business environment.*

Contact our Treasury Management Specialists today and let us customize the right financial solutions for your business.

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Analysis | XXXXXXXX3465 | $879.98 |

## Business Analysis-XXXXXXXX3465

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | **Beginning Balance** | **$894.68** |
| | 1 Credit(s) This Period | $146,753.08 |
| | 2 Debit(s) This Period | $146,767.78 |
| 07/31/2020 | **Ending Balance** | **$879.98** |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | Wire In 40823892 NAVISUN LLC39 GRACE STNEW CANAAN CT | $146,753.08 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | Navisun proceeds for Freetown Rochester | $146,753.08 |



Member FDIC

*Thank you for choosing ANB Bank as your source for banking!*          **ANBbank.com**

Case:20-14573-MER   Doc#:85   Filed:10/23/20   Entered:10/23/20 08:53:49   Page16 of 22

# Business Analysis-XXXXXXXX3465 (continued)

**Other Debits**

| Date | Description | Amount |
|------|-------------|--------|
| 07/15/2020 | Analysis Charges June 2020 | $14.70 |

**Daily Balances**

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 07/01/2020 | $894.68 | 07/15/2020 | $879.98 |

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# ANB Bank®

*Statement Ending 07/31/2020*

CEC Development Borrower LLC                     *Page 3 of 4*
**Account Number:XXXXXXXX3465**

P.O. Box 9250 | Colorado Springs, CO 80932

## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on Bank Statement $ _____

Add Deposits $ _____

_____

_____

**Sub Total** $ _____

SUBTRACT CHECKS ISSUED BUT NOT ON STATEMENT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total ... $ _____ |  |
|  |  |  |  |
|  |  | Total ... $ _____ |  |

Balance Shown in Your Check Book $ _____

Add Any Deposits and/or Transfers Not Already Entered in Your Check Book $ _____

_____

_____

**Sub Total** $ _____

Subtract Service Charges, Other Bank Charges, and Any Automatic Payments Not in Check Book $ _____

_____

_____

_____

Total ... $ _____

Total ... $ _____

BEFORE YOU START -

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECK BOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF THE STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

PERSONAL AND RESERVE LINE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance.

### WHAT TO DO IF YOU THINK YOU FOUND A MISTAKE ON YOUR LOAN STATEMENT

If you think there is an error on your statement, write to us at: ANB Bank, 1130 N. Circle Drive, Colorado Springs, CO 80909. In your letter give us the following information:
- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at 1-866-433-0282 or write us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transaction involved a point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This does not apply to custodial / trust accounts such as Health Savings Accounts.

### ID THEFT AND INTERNET FRAUD

Relative to the potential of someone stealing your identity, please be advised that the Bank will never initiate a request for confidential information through e-mail and / or phone. Please report any such request to the Bank immediately. For further information, go to www.ftc.gov and select the Consumer section.

### FAIR AND ACCURATE CREDIT TRANSACTIONS ACT DISCLOSURE

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Case:20-14573-MER    Doc#:85    Filed:10/23/20    Entered:10/23/20 08:53:49    Page18 of 22

THIS PAGE INTENTIONALLY LEFT BLANK

**ANB Bank**®

P.O. Box 9250 | Colorado Springs, CO 80932

*Statement Ending 07/31/2020*

*CEC Renewable Assets*                                    *Page 1 of 4*
*Account Number:XXXXXXXX4825*

**RETURN SERVICE REQUESTED**

CEC RENEWABLE ASSETS
DEVELOPEMENT LLC
FIELD ACCOUNT
361 CENTENNIAL PKWY STE 300
LOUISVILLE CO 80027-1288

| *Managing Your Accounts* | |
|---|---|
| 🏛 Branch | Downtown Denver Banking Center |
| ✉ Address | 444 17th Street Denver, CO. 80202 |
| 📱 Phone | 303-394-5100 |
| 👤 Customer Care | 1-866-433-0282 |
| 💻 Online Banking | ANBbank.com |



# Create a competitive advantage.

*Grow your revenue by expanding your payment possibilities with Merchant Services to help you compete in today's business environment.*

Contact our Treasury Management Specialists today and let us customize the right financial solutions for your business.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Business Choice | XXXXXXXX4825 | $300.00 |

## Business Choice-XXXXXXXX4825

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/01/2020 | **Beginning Balance** | **$5,300.00** |
| | 1 Credit(s) This Period | $17,730.00 |
| | 2 Debit(s) This Period | $22,730.00 |
| 07/31/2020 | **Ending Balance** | **$300.00** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 07/14/2020 | National Grid Study Fee Orange MA 1 | $17,730.00 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 1028 | 07/16/2020 | $5,000.00 | 1029 | 07/14/2020 | $17,730.00 |

* Indicates skipped check number



Member
FDIC

*Thank you for choosing ANB Bank as your source for banking!*                    **ANBbank.com**

Case:20-14573-MER   Doc#:85   Filed:10/23/20   Entered:10/23/20 08:53:49   Page20 of 22

# Business Choice-XXXXXXXX4825 (continued)

### Daily Balances

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| 07/14/2020 | $5,300.00 | 07/16/2020 | $300.00 |

### Overdraft and Returned Item Fees

|  | Total for this period | Total year-to-date |
|--|------------------------|---------------------|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

# ANB Bank®

P.O. Box 9250 | Colorado Springs, CO 80932

*Statement Ending 07/31/2020*

*CEC Renewable Assets*                    *Page 3 of 4*
**Account Number:XXXXXXXX4825**

## This Form is Provided to Help You Balance Your Bank Statement

Balance Shown on Bank Statement $_____

Add Deposits $_____
_____
_____

Sub Total $_____

SUBTRACT CHECKS ISSUED BUT NOT ON STATEMENT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total ... $_____ | |
| | | Total ... $_____ | |
| | | Total ... $_____ | |

Balance Shown in Your Check Book $_____

Add Any Deposits and/or Transfers Not Already Entered in Your Check Book $_____
_____
_____

Sub Total $_____

Subtract Service Charges, Other Bank Charges, and Any Automatic Payments Not in Check Book $_____
_____
_____
_____

Total ... $_____
Total ... $_____
Total ... $_____

BEFORE YOU START -

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECK BOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF THE STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:

1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUBTRACTED IF ANY OCCURRED:

1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

PERSONAL AND RESERVE LINE: We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new (purchases/advances/fees), and subtract (any unpaid interest or other finance charges and) any payments or credits. This gives us the daily balance.

**WHAT TO DO IF YOU THINK YOU FOUND A MISTAKE ON YOUR LOAN STATEMENT**

If you think there is an error on your statement, write to us at: ANB Bank, 1130 N. Circle Drive, Colorado Springs, CO 80909. In your letter give us the following information:

• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 1-866-433-0282 or write us at the address printed on this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (5 business days if the transaction involved a point-of-sale transaction) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. This does not apply to custodial / trust accounts such as Health Savings Accounts.

**ID THEFT AND INTERNET FRAUD**

Relative to the potential of someone stealing your identity, please be advised that the Bank will never initiate a request for confidential information through e-mail and / or phone. Please report any such request to the Bank immediately. For further information, go to www.ftc.gov and select the Consumer section.

**FAIR AND ACCURATE CREDIT TRANSACTIONS ACT DISCLOSURE**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Case:20-14573-MER    Doc#:85    Filed:10/23/20    Entered:10/23/20 08:53:49    Page22 of 22

THIS PAGE INTENTIONALLY LEFT BLANK