# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CEC DEVELOPMENT BORROWER, LLC, | ) | Case No. 20-14573 MER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CEC RENEWABLE ASSETS, LLC, | ) | Case No. 20-14574 MER |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Case No. 20-14575 MER |
| | ) | Chapter 11 |
| CEC RENEWABLE ASSETS DEVELOPMENT, LLC, | ) | |
| | ) | **Jointly Administered Under** |
| | ) | **Case No. 20-14573 MER** |
| Debtor. | ) | |

## CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE

CEC Development Borrower, LLC (collectively, the "Debtor"), by and through undersigned counsel, respectfully submits its Chapter 11 Final Report and Motion for Final Decree. In support, Debtor state as follows:

1. *Debtors' First Amended Joint Prepackaged Plan of Liquidation* (the "Plan") was filed on July 28, 2020 (docket no. 68).

2. The *Order Confirming Debtors' First Amended Joint Prepackaged Plan of Liquidation* (the "Plan Confirmation Order") entered on July 30, 2020 (docket no. 75).

3. The Plan Confirmation Order is now final and non-appealable.

4. Pursuant to the confirmed Plan and the Plan Confirmation Order, CEC

Development Borrower, LLC (Case No. 20-14573 MER), CEC Renewable Assets, LLC (Case No. 20-14574 MER), and CEC Renewable Assets Development, LLC (Case No. 20-14575 MER) were substantively consolidated upon confirmation.

5.  The deposits required by the Plan have been distributed in accordance with the provisions of the Plan as shown in Schedule A/B attached hereto.

6.  Substantially all the property of the Debtor has been transferred according to the provisions of the Plan as shown in Schedule A/B attached hereto.

7.  Distribution has been commenced under the Plan, and payments to creditors or other interested parties have been undertaken as shown in Schedule C attached hereto.

8.  All motions, contested matters, and adversary proceedings have been finally resolved.

WHEREFORE, the Debtor prays for entry of the Final Decree pursuant to Fed.R.Bankr.P. 3022, finding that the estate has been fully administered and, therefore, ordering the closing of the case.

Dated this 9th day of December, 2020.

Respectfully submitted,

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/David V. Wadsworth*

_____
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999 /Fax: (303) 296-7600
dwadsworth@wgwc-law.com
ATTORNEYS FOR THE DEBTOR