# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | )<br>) |
| CEC DEVELOPMENT BORROWER, LLC, | ) Case No. 20-14573 MER<br>) Chapter 11 |
| Debtor. | )<br>) |
| In re: | )<br>) |
| CEC RENEWABLE ASSETS, LLC, | ) Case No. 20-14574 MER<br>) Chapter 11 |
| Debtor. | )<br>) |
| In re: | ) Case No. 20-14575 MER<br>) Chapter 11 |
| CEC RENEWABLE ASSETS DEVELOPMENT, LLC, | )<br>) **Jointly Administered Under**<br>) **Case No. 20-14573 MER** |
| Debtor. | ) |

## FINAL DECREE

**THIS MATTER** having come before the Court on the *Chapter 11 Final Report and Motion for Final Decree* filed by CEC Development Borrower, LLC, the substantively consolidated surviving entity, and the Court, having reviewed and considered any responses or objections thereto, hereby

FINDS that the estates of the above-named debtors having been fully administered, it is

ORDERED that the chapter 11 cases of the above-named debtors are hereby closed.

**DATED** this 15th day of January, 2021.

BY THE COURT:

Hon. Michael E. Romero
Chief United States Bankruptcy Judge